Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*



FILED
AUG 24 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Fernando Gastelum,

    Plaintiff,

vs.

Dick's Sporting Goods Inc. dba Dick's Sporting Goods,

    Defendant.

Case No.: 1:21-cv-1289 NONE-JLT

**COMPLAINT**

## I. STATEMENT OF CLAIM

1. My name is Fernando Gastelum. I am 61 years old. I am missing a leg and use a wheelchair for mobility.

2. Defendant owns or operates a public accommodation at 9300 Rosedale Hwy, Bakersfield, California 93312 (Defendant).

3. I visited there on July 2, 2021.

4. When I came there, I noted that it was not compliant with the Americans with Disabilities Act and the California's civil rights laws and California disabled person's law:

   a. Clear width of accessible routes less than 32 inches between rows of merchandising displays. This condition makes it more difficult for me to move between the rows of merchandise and shop.
   b. Protruding objects reduce clear width of accessible routes between rows of merchandising displays. This condition makes it more difficult for me to move between the rows of merchandise and shop.
   c. Restroom door requires greater than 5 lbs of force to open This condition makes it more difficult for me to open the restroom door to use the facility.
   d. Restroom door requires twisting of the wrist. This condition makes it difficult for me to open the bathroom door because it is more difficult to twist the wrist from a sitting position.
   e. Service desk by the restroom has improper parallel of forward approaches for persons using wheelchair. This condition makes it more difficult for me to access the service counter.
5. I was denied equal access Defendant because Defendant does not comply with the ADA and California's civil rights law.
6. I will not return back to Defendant's place until it becomes fully compliant with federal and state disability laws.

## II. RELIEF I REQUEST

1. Order Defendant business to comply with the ADA and California civil rights law or close it.

2. Order Defendant to pay my cost and expenses. If I retain a lawyer, then also my lawyer's fees.

3. Damages under California law for $4,000 per violation for a total to be determined at a hearing.

4. Other relief that I am entitled to.

### III. REQUEST FOR JURY TRIAL

I request a jury trial.

DATED this 20th day of August, 2021.

*/s/ Fernando Gastelum*

Fernando Gastelum