**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GASTELUM, | ) Case No.: 1:21-cv-1289 NONE JLT |
| Plaintiff, | ) |
| v. | ) ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |
| DICK'S SPORTING GOODS, INC., | ) |
| Defendant. | ) |

Plaintiff initiated an action by filing a complaint on August 24, 2021.  As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a).  The Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis is granted by the Court.  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

The matter cannot proceed before the Court at this time because Plaintiff failed to pay the requisite filing fee or to file a motion to proceed in forma pauperis. Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** pay the filing fee within 21 days of service of this order, *or*
2. In the alternative, Plaintiff **SHALL** file a motion to proceed in forma pauperis within 21 days of service of this order; and

1

3. <u>Plaintiff is advised that failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>

IT IS SO ORDERED.

Dated: **August 24, 2021**     **_ /s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE