Name: Fernando Gastelum
Address: 209 W. 9th St. Casa Grande, AZ 85122
Email: fernandog8899@gmail.com
Pro se

FILED
SEP 03 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Fernando Gastelum,

  Plaintiff,

vs.

Dick's Sporting Good Inc. dba Dick's Sporting Goods

  Defendant.

Case No.: 1:21-cv-01289-NONE-JLT

**NOTICE OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff voluntarily dismisses the above cause with prejudice.

DATED this 31ST day of August 2021.

_____
Fernando Gastelum

1